UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYRILLA BASFORD,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-10-3062-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND<br><br>(ECF No. 20) |

    BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings (**ECF No. 20**) pursuant to sentence four. The parties have consented to proceed before a magistrate judge (ECF No. 6).

    After considering the stipulated motion (ECF No. 20), **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

    1. The ALJ will re-assess all of the medical evidence, including the opinions of Julia Robertson, M.D., and Kathleen Stewart, PAC;

    2. Further develop the record by updating the medical evidence, including obtaining any missing records from Terrace Heights Family Physicians;

    3. Re-assess fibromyalgia, lay testimony, plaintiff's

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

1  credibility, and RFC;
2      4. Obtain medical expert testimony;
3      5. Re-evaluate plaintiff's ability to perform her past
4  relevant work, or to do other work, at steps four and five of the
5  sequential process, obtaining additional vocational expert
6  testimony if necessary.
7      Because this remand is pursuant to sentence four with a
8  remand to the Commissioner for further proceedings (*see Melkonyan
9  v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to
10 reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412
11 (d), upon proper request to this Court.
12 IT IS FURTHER ORDERED:
13     1. The parties' stipulated motion for an order of remand
14 pursuant to sentence four (ECF No. 20) is **GRANTED.**
15     2. Judgment shall be entered for **PLAINTIFF.**
16     3. An application for attorney fees and costs may be filed by
17 separate motion.
18     4. The District Court Executive is directed to enter this
19 Order, enter judgment for plaintiff, forward copies to counsel,
20 and **CLOSE** the file.
21     **IT IS SO ORDERED.**
22     **DATED** this 10th day of November, 2011.

                                    *s/James P. Hutton*
                                    JAMES P. HUTTON
                                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2