1

2          **UNITED STATES DISTRICT COURT**

3          **EASTERN DISTRICT OF WASHINGTON**

4

5    CYRILLA BASFORD,                    )
                                         )
6               Plaintiff,               )
                                         )          NO.  CV-10-3062-JPH
7         vs.                            )
                                         )          **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                  )          **CIVIL CASE**
     Commissioner of Social Security,    )
9                                        )
                Defendant.               )
10                                       )
     _____)
11

12        **STIPULATION BY THE PARTIES:**

13        The parties have stipulated to the remand of the captioned matter pursuant

14   to sentence four of 42 U.S.C. § 405(g).

15        **IT IS ORDERED AND ADJUDGED** that:

16        The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19        DATED this  10th  day of  November,  2011.

20                                        JAMES R. LARSEN
                                          District Court Executive/Clerk
21

22
                                          by: __s/ Karen White_____
23                                             Deputy Clerk

24

25
     cc: all counsel
26